# United States District Court
# Western District of North Carolina
# CHARLOTTE Division

| | | |
|---|---|---|
| **PJ Jamal Gilyard,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:13-cv-00255-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 14, 2016 Order.

July 14, 2016

Frank G. Johns, Clerk
United States District Court